```
MINUTE ENTRY            9:25 a.m
```

UNITED STATES OF AMERICA -v- BERT DOUGLAS MONTGOMERY

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX,  Deputy Clerk
  PATRICK SMITH, Assistant U. S. Attorney
  G. ANTHONY LONG,  Counsel for Defendant

PROCEEDING:    MOTION FOR RELEASE PENDING TRIAL

  Attorney G. Anthony Long was present on behalf of defendant Montgomery. Government by Patrick Smith, AUSA.

  Attorney G. Anthony Long waived the defendant's right to be present at this hearing in that he was presently incarcerated in the state of Texas on the Mainland. Attorney Long argued the motion for release pending appeal.   Attorney Long called witness:

 MARGARITA WONENBERG. (U.S. Probation Officer). DX. CX. RDX.

  Government argued against the motion and moved that it be denied.  Attorney Long made rebuttal argument.

  Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.


        Adjourned  at 10:10 a.m.

;
Applies to: DFT Montgomery, Bert Douglas [KLL EOD 02/17/2005]