Bert Douglas Montgomery
Reg.#00388-005
FCI.LaTuna
P.O.Box 3000
Anthony,New Mexico 88021-9897

F I L E D
Clerk
District Court

SEP 2 3 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,                Criminal No:02-00010
                                                   Plaintiff

vs.

BERT DOUGLAS MONTGOMERY,
                                                   Defendant

---
Notice of Appeal from an Order After Limited Remand Denying
Resentencing from the United States Court of Appeals.
---

Notice is hereby given that Bert Dogulas Montgomery,the Defendant in the aboved mentioned cause hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the final judgment issued and filed on August 29,2005, by the Honorable Judge Alex Munson,OREDR AFTER LIMITED REMAND DENYING RESENT-ENCING of the Defendant. That Said Order was entered on August 29,2005,and the same signed by The Honorable Judge Alex Munson.

September 6,2005

                                    Respectfully Submitted,
                                    _____
                                    Bert Douglas Montgomery