Bert Douglas Montgomery
Reg.# 00388-005
FCI Latuna
P.O.Box 3000
Anthony, New Mexico 88021-9897

F I L E D
Clerk
District Court

SEP 2 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,                     CRIMINAL NO: 02:-00010
                                                                Plaintiff

vs.

BERT DOUGLAS MONTGOMERY,                                         Defendant

---

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL.

---

I, Bert Douglas Montgomery, declare that I am the Defendant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty I am unable to pay the said cost of these proceeding ot to give security therefor, that I believe I am entitled to relief sought.

1. I am not employed!

2. I have no income or salary!

3. I own no cash or have any money in a checking account(s) or saving accounts.

4. I do not own at present any real estate, household furnishing and or clothing.

I hereby state under penalty of perjury that the following is true and correct.

Executed on: September 06, 2005

_____
Bert Dogulas Montgomery/Defendant at Large