FILED
Clerk
District Court

SEP 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BERT DOUGLAS MONTGOMERY, )<br>)<br>Defendant )<br>_____ ) | Criminal No. 02-00010<br><br>ORDER STRIKING PRO SE NOTICE OF APPEAL AS REDUNDANT |

IT IS ORDERED that the notice of appeal prepared and submitted to this court by *pro se* defendant Bert Douglas Montgomery, and docketed Friday, September 23, 2005, be and hereby is stricken from the record as redundant and superfluous.

The court's file confirms that a notice of appeal from the same order of this court was filed by G. Anthony Long, defendant's court-appointed attorney on

defendant's behalf on September 8, 2005.

DATED this 26th day of September, 2005.

                                                             _____
                                                                ALEX R. MUNSON
                                                                            Judge

AO 72
(Rev. 8/82)