FILED
Clerk
District Court

OCT 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Tel No. (670) 235-4802
Fax No. (670) 235-4801

Attorney for Defendant Montgomery

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERCA ) | CRIMINAL CASE NO. 02-00010 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | FOR RE-SENTENCING |
| BERT DOUGLAS MONTGOMERY ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

The parties hereto stipulate and agree as follows:

1. Re-sentencing is appropriate in this case; and

2. The court shall set a date for re-sentencing after January, 2007 in order to give the parties time to prepare for re-sentencing and arrange for defendant's transportation to Saipan.

Law Office of G. Anthony Long                UNITED STATES ATTORNEY
                                              FOR GUAM AND THE N.M.I.

By: _____               By: _____
    G. Anthony Long                              Timothy E. Moran
    Attorney for Defendant                       Assistant U.S. Attorney

So **ORDERED** this _____ day of October, 2007.

_____
ALEX R. MUNSON
Judge, District Court