UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 29 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BERT DOUGLAS MONTGOMERY,<br><br>Defendant - Appellant. | No. 07-10058<br><br>D.C. No. CR-02-00010-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court
JUL -5 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

The government's unopposed motion for a second extension of time to file the answering brief is granted. The answering brief is due August 8, 2007.

The optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Lorela Bragado-Sevillena* (signature)
Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

pro 6.25